# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Independent Pet Partners Holdings, LLC
    Debtor

Bankruptcy Case No.: 23–10153–LSS

Bankruptcy Chapter:  11

_____

Steven Balasiano as Trustee of the Independent Pet Partners Liquidating Trust

    Plaintiff

Adv. Proc. No.:  25–50073–LSS

    vs.

Xsell Technologies, Inc.

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Xsell Technologies, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 1/30/26

By:  Brandon J. McCarthy Deputy Clerk

(VAN–431)