# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Independent Pet Partners Holdings, LLC
    Debtor

Bankruptcy Case No.: 23–10153–LSS

Bankruptcy Chapter:  11

---

Steven Balasiano as Trustee of the Independent Pet
Partners Liquidating Trust

    Plaintiff

Adv. Proc. No.:  25–50073–LSS

    vs.

Xsell Technologies, Inc.

    Defendant(s)

### JUDGMENT BY DEFAULT

On 1/30/2026 default was entered against defendant(s) Xsell Technologies, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Xsell Technologies, Inc. in the amount of $26000.00 plus court filing costs in the amount of $350.00

Date: 1/30/26

Stephen L Grant, Clerk of Court

(VAN–433b)